IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VALORIE ANN CHILDERS-BLEIER,**  **Plaintiff,**  v.  **COMMISSIONER OF SOCIAL SECURITY,**  **Defendant.** | Case No. 25-CV-00096-SPM |

# ORDER FOR ATTORNEY FEES

**McGLYNN, District Judge:**

This matter is before the Court on Plaintiff Valorie Ann Childers-Bleier's Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [hereinafter EAJA]. (Doc. 33). Plaintiff Childers-Bleier seeks a total of $5,581.11 for work performed between January 2025 and February 2026. (*See id.*; *see also id.*, Exs. C, D, E). In response, the Defendant Commissioner of Social Security states that that he "does not oppose Plaintiff's Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) to the extent that it seeks $5,581.11 (five thousand five hundred eighty-one dollars and eleven cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act." (Doc. 34, p. 1 (citing 28 U.S.C. § 2412(d))).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney fees pursuant to the EAJA. The Court further finds that the amount sought is reasonable and appropriate. This award shall fully and completely satisfy

any and all claims for fees and expenses that may have been payable to Plaintiff in this matter pursuant to the EAJA, 28 U.S.C. § 2412. Per the parties' agreement, this motion does not include Plaintiff's costs, and Plaintiff may file a separate bill of costs.

The Motion for Attorney Fees filed by Plaintiff Valorie Ann Childers-Bleier (Doc. 33) is **GRANTED**. The Court awards Plaintiff attorney fees and expenses in the amount of $5,581.11 (five thousand five hundred eighty-one dollars and eleven cents).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010). *See also Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to **Howard Olinsky** pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

> **250 South Clinton Street**
> **Suite 210**
> **Syracuse, NY 13202**

**IT IS SO ORDERED.**
**DATED:  March 5, 2026**

> **s/ *Stephen P. McGlynn***
> **STEPHEN P. McGLYNN**
> **U.S. District Judge**