### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

VALORIE ANN CHILDERS-BLEIER,

  **Plaintiff,**

v.

COMMISSIONER OF SOCIAL SECURITY,

  **Defendant.**

Case No. 25-CV-00096-SPM

## ORDER FOR ATTORNEY FEES

**McGLYNN, District Judge:**

This matter is before the Court on Plaintiff Valorie Ann Childers-Bleier's Motion for Attorney Fees Under Section 206(b)(1) of the Social Security Act and 52 U.S.C. § 406(b)(1). (Doc. 36). For good cause shown, **IT IS HEREBY ORDERED** that attorney fees in the total amount of Seven Thousand Two Hundred Eighteen Dollars and Fifty Cents ($7,218.50) pursuant to the Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1) be paid in accordance with agency policy.  Upon receipt of payment, Plaintiff's counsel shall refund $5,581.11.00 in EAJA fees received in this matter to Plaintiff.

**IT IS SO ORDERED.**

**DATED:  July 14, 2026**

             **STEPHEN P. McGLYNN**
             **U.S. District Judge**